UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANA BEAVER,           )<br>                               )<br>    Plaintiff,              )<br>                               )     No. 1:11-cv-00869-SCJ<br>v.                             )<br>                               )<br>DC MEDICAL, LLC, MICHAEL T. )<br>KIMBERL, and JOHN DOES 1 )<br>through 10 inclusive,    )<br>                               )<br>    Defendants.          )<br>                               ) | |

## ORDER

THIS MATTER is before the Court on Plaintiff Dana Beaver's Emergency Motion to Join Cases for Briefing and a Hearing Relating to Plaintiff's Motions to Remand [Doc. No. 9]. For the reason given below, Plaintiff's motion is **DENIED**.

Under the United States District Court for the Northern District of Georgia Internal Operating Procedure 905-2(e), "The transfer of cases between judges, with the consent of each, shall be allowed in the interest of justice, including efficient case management, and with the written approval of the Chief Judge." *Id.* There has not been consent on the part of the judges in the Northern District of Georgia who are presiding over the cases that Plaintiff seeks to consolidate; therefore, this Court is not empowered to transfer this case for the purpose of consolidation.

Further, at this time, the Court declines to grant Plaintiff a hearing regarding the Motion to Remand.

**IT IS SO ORDERED,** this 6th day of April, 2011.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE
